**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | **NO. 5: 00-CR-51 (CAR)** |
| **JEROME CAREY DANIELS,** | RE:  SUPERVISED RELEASE VIOLATIONS |
| Supervised Releasee | |

### O R D E R

**JEROME CAREY DANIELS**, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure.  He was advised of the nature of the proceedings against him and of his legal and constitutional rights.  With assistance of counsel, he waived his right to a preliminary examination.

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  Mr. Daniels is alleged to have violated his supervised release by testing positive for the presence of amphetamine, methamphetamine and marijuana on or about August 19, 2009, and by failing to participate in an approved substance abuse treatment program as directed.  In addition, the court has been informed that subsequent to the filing of the petition herein, he was arrested in Lamar County and charged with the offense of Possession With Intent to Distribute Methamphetamine.

Accordingly, IT IS ORDERED AND DIRECTED that **JEROME CAREY DANIELS** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding. Said **SUPERVISED RELEASEE** shall appear before the Honorable C. Ashley Royal, district judge, for a **FINAL HEARING** as directed by Judge Royal. The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 26th day of OCTOBER, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE